HENRY BEHRMAN, as Survivor, etc., Respondent, *v.* FREDERICK C. LINDE et al., Appellants.

(Argued April 28, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made March 5, 1889, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Edwin S. Clinch* for appellants.

*Adolph L. Sanger* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

ADELE BERNHEIMER et al., Respondents, *v.* THOMAS KILPATRICK, Appellant.

(Argued April 29, 1891; decided June 2, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 18, 1889, which affirmed a judgment in favor of plaintiffs entered upon a verdict and affirmed an order denying a motion for a new trial.

*William F. MacRae* for appellant.

*Matthew Hale* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed.